353 A.2d 32

In re Nomination Petition of Thomas J. GALLAGHER, as Democratic Candidate for the Office of Member of the Ward Executive Committee for the 42nd Ward, 11th Division.

Appeal of Diane M. PERKS (two cases).

In re Nomination Petition of David G. BRISTOW, as Democratic Candidate for the Office of Member of the Ward Executive Committee for the 42nd Ward, 11th Division.

Supreme Court of Pennsylvania.

Argued March 11, 1976.

March 12, 1976.

Stephen P. Gallagher, Philadelphia, for appellant.

E. G. Rendell, Philadelphia, for appellee.

ORDER

PER CURIAM.

Order of the court below is reversed. Opinion will follow.